UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.O., by and through his parent and guardian ad litem, T.O. and M.O., individually,<br><br>Plaintiffs,<br><br>v.<br><br>Fairfield-Suisun Unified School District, et al.,<br><br>Defendants. | No. 2:22-cv-01416-KJM-AC<br><br>ORDER |

Under the parties' stipulation and for good cause shown (ECF No. 13), Fairfield-Suisun Unified School District, Erica Resendez, Colleen Hutchinson, Dorothy Rothenbaum, Angie Avlonitis, and Kris Corey's responsive pleading to the complaint is due **December 30, 2022**. The motion to extend the deadline to complete service (ECF No. 10) is thus **denied as moot**.

IT IS SO ORDERED.

DATED: November 21, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1