1  Ethan M. Lowry, State Bar No. 278831
   Wilson Lau, State Bar Number 307151
2  BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
3  2749 Hyde Street
   San Francisco, California 94109
4  Telephone: (415) 353-0999
   Facsimile:  (415) 353-0990
5  Email:       elowry@bfesf.com
                wlau@bfesf.com
6
7  Attorneys for Defendant
   FAIRFIELD−SUISUN UNIFIED SCHOOL DISTRICT

8  Carly Christopher
   Evan B. Goldsen
9  Special Education Collaboration Project
   4275 Alta Vista Ct.
10 Oceanside, California 92057
11 Tel:    (562) 544-6077
   Fax:    (415) 276-1845
12 Email: cc@specialedcollaboration.net
           eg@specialedcollaboration.net
13
14 Attorney for Plaintiff
   A.O., by and through his parent and
15 guardian ad litem, T.O. and M.O. individually

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.O., by and through his parent and guardian ad litem, T.O. and M.O. individually,<br><br>    Plaintiff,<br><br>v.<br><br>FAIRFIELD−SUISUN UNIFIED SCHOOL DISTRICT, ERICA RESENDEZ, COLLEEN HUTCHINSON, DOROTHY ROTHENBAUM, ANGIE AVLONITIS, KRIS COREY, and DOES 1-10; all in their individual and official capacities,<br><br>    Defendants. | Case No. 2:22-cv-01416-KJM-AC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE RE: JOINT STATUS REPORT** |

Pursuant to Local Rule 144(a), Plaintiff A.O. by and through his parent and guardian ad litem, T.O. and M.O. individually, and Defendant FAIRFIELD−SUISUN UNIFIED SCHOOL DISTRICT ("District"), by and through their attorneys of record, do hereby stipulate to extend the time for the Parties to file a joint status report and Fed. R. Civ. P. 26(f) discovery plan in the above captioned matter to February 28, 2023.

On August 8, 2022, Plaintiff filed their Complaint in the above captioned action.

On August 9, 2022, the Court ordered that the Parties to submit a joint status report and a Rule 26(f) discovery plan within sixty days of service of the complaint on any party.

Plaintiffs filed proofs of service that they served Defendants COLLEEN HUTCHINSON, ANGIE AVLONITIS, and KRIS COREY on October 20, 2022.

Defendants contested whether the service was perfected on these individuals.

The Parties met and conferred and stipulated to dismiss without prejudice to all individually named defendants.

On December 2, 2022, Plaintiff filed a Notice of Voluntary Dismissal of the individually named defendants without prejudice. On December 6, 2022, the Court entered the order to dismiss without prejudice the individually named defendants.

The Parties also stipulated to extend the District's responsive pleading deadline to December 30, 2022. The Court found good cause for the Parties' stipulation and ordered the District's responsive pleading to be due on December 30, 2022.

Despite the foregoing, the Court's August 9, 2022 Order requires the Parties to submit a joint status report and a Rule 26(f) discovery plan by December 19, 2022, which is prior to the District's due date for responsive pleading.

The Parties hope to continue the due date of the joint status report and Rule 26(f) discovery to February 28, 2023, which is 60 days from the District's responsive pleading due date.

The Parties hope that the continuance will allow the Parties sufficient time to settle any outstanding issues with the pleadings and confer on matters required to submit a joint status report and Rule 26(f) discovery plan.

The Parties hereby stipulate and join in respectfully requesting that this Court approve February 28, 2023, as the due date for the Parties to submit a joint status report and a Rule 26(f) discovery plan.

IT IS SO STIPULATED.

Dated:  December 16, 2022                         BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:   */s/ Wilson Lau*
       Ethan M. Lowry
       Wilson Lau
       Attorneys for Defendant
       FAIRFIELD-SUISUN UNIFIED SCHOOL DISTRICT,

Dated:  December 16, 2022                         SPECIAL EDUCATION COLLABORATION PROJECT

By: _____
     Carly Christopher
     Evan B. Goldsen
     Attorneys for Plaintiff
     A.O., by and through his parent and guardian ad litem,
     T.O. and M.O. individually,

**ATTORNEY ATTESTATION**

I, Wilson Lau, am the ECF user whose identification and password are being used to file the foregoing documents.  Pursuant to Civil Local Rule 131(e), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated:  December 16, 2022

By:   */s/ Wilson Lau*
       Wilson Lau

**ORDER**

Good cause appearing, the court grants the parties' stipulated request to extend the deadline to file a joint status report and discovery plan. Parties' joint status report and discovery plan deadline, currently set for December 19, 2022, shall be filed by February 28, 2023.

**IT IS SO ORDERED.**

DATED: December 23, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE