Ethan M. Lowry, State Bar No. 278831
Wilson Lau, State Bar Number 307151
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email:      elowry@bfesf.com
            wlau@bfesf.com

Attorneys for Defendant
FAIRFIELD−SUISUN UNIFIED SCHOOL DISTRICT


SPECIAL EDUCATION COLLABORATION PROJECT
EVAN GOLDSEN, Bar No. 257775
CARLY CHRISTOPHER, Bar No. 278795
4275 Alta Vista Ct.
Oceanside, CA 92057
Telephone: 562.544.6077
Fax: 415.276.1845
Email: cc@specialedcollaboration.net
       eg@specialedcollaboration.net

Attorneys for Plaintiff, A.O.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.O., by and through his parent and guardian ad litem, T.O. and M.O. individually,<br><br>    Plaintiff,<br><br>v.<br><br>FAIRFIELD−SUISUN UNIFIED SCHOOL DISTRICT, ERICA RESENDEZ, COLLEEN HUTCHINSON, DOROTHY ROTHENBAUM, ANGIE AVLONITIS, KRIS COREY, and DOES 1-10; all in their individual and official capacities,<br><br>    Defendants. | Case No. 2:22-cv-01416-DJC-AC<br><br>**STIPULATION AND ORDER TO EXTEND FACT AND EXPERT DISCOVERY DEADLINES**<br><br><br><br><br><br><br><br><br><br>**Hon. Daniel J. Calabretta** |

Pursuant to Local Rule 144(a), Plaintiff A.O. by and through his parent and general guardian, T.O. and M.O., and Defendant FAIRFIELD−SUISUN UNIFIED SCHOOL DISTRICT, ("DEFENDANT"), by and through their attorneys of record, do hereby stipulate to extend pre-trial deadlines and trial schedule in the above captioned matter.

On May 16, 2023, the Court issued a Scheduling Order for the pre-trial deadlines in the above captioned matter.

The Parties worked diligently to conduct discovery and comply with the Court's Scheduling Order but were unable to resolve issues related to the depositions of Plaintiff and his mother. The Parties were unable to resolve the issues through meet and confer efforts. As such, the Parties sought an informal discovery conference with Judge Allison Claire, which occurred on December 18, 2023.

Due to the Parties' meet and confer efforts and the Parties' limited availability, the Parties are unable complete discovery by January 19, 2024, as ordered.

The Parties stipulate that continuing the pre-trial deadlines and trial date will not prejudice the Parties.

The Parties agree to continue the following pre-trial deadlines and trial schedule, which was proposed by the Court on January 17, 2024:

| | |
|---|---|
| Fact Discovery Cutoff Date: | 4/18/2024; |
| Expert Disclosure Deadline: | 5/16/2024; |
| Supplemental Disclosure Deadline: | 6/13/2024; |
| Expert Discovery Cutoff Date: | 7/11/2024; |
| Dispositive Motion Filing Deadline: | 9/20/2024; |
| Dispositive Motion Hearing: | 11/14/2024 at 1:30 PM; |
| Final Pretrial Conference: | 1/30/2025 at 1:30 PM; and |
| Jury Trial | 3/24/2025 at 9:00 AM. |

The Parties hereby stipulate and join in respectfully requesting that this Court approve the above proposed pre-trial deadlines and trial schedule.

**IT IS SO STIPULATED.**

STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE
*Case No.: 2:22-cv-01416-DJC-AC*

Dated:  January 18, 2024                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                            By: _____/s/ Wilson Lau_____
                                                 Ethan M. Lowry
                                                 Wilson Lau
                                                 Attorneys for Defendant
                                                 FAIRFIELD-SUISUN UNIFIED SCHOOL DISTRICT

Dated:  January 18, 2024                    SPECIAL EDUCATION COLLABORATION PROJECT

                                            By: _____/s/ Carly Christopher_____
                                                 Carly Christopher
                                                 Evan B. Goldsen
                                                 Attorneys for Plaintiff A.O.

## ATTORNEY ATTESTATION

I, Wilson Lau, am the ECF user whose identification and password are being used to file the foregoing documents.  Pursuant to Civil Local Rule 131(e), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: January 18, 2024                     By: _____/s/ Wilson Lau_____
                                                 Wilson Lau

2

## **ORDER**

Based upon the stipulation of the Parties and good cause appearing, the Court orders as follows:

| | |
|---|---|
| Fact Discovery Cutoff Date: | 4/18/2024; |
| Expert Disclosure Deadline: | 5/16/2024; |
| Supplemental Disclosure Deadline: | 6/13/2024; |
| Expert Discovery Cutoff Date: | 7/11/2024; |
| Dispositive Motion Filing Deadline: | 9/20/2024; |
| Dispositive Motion Hearing: | 11/14/2024 at 1:30 PM; |
| Final Pretrial Conference: | 1/30/2025 at 1:30 PM; and |
| Jury Trial | 3/24/2025 at 9:00 AM. |

IT IS SO ORDERED.

Dated:  January 19, 2024                    /s/ Daniel J. Calabretta

                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE
*Case No.: 2:22-cv-01416-DJC-AC*