EVAN GOLDSEN, Bar No. 257775
CARLY CHRISTOPHER, Bar No. 278795
**Special Education Collaboration Project**
3186 Vista Way, Ste. 301
Oceanside, CA 92056
Telephone: 562.544.6077
Fax: 415.276.1845
Email: cc@specialedcollaboration.net
        eg@specialedcollaboration.net

Attorneys for Plaintiff, A.O.

Ethan M. Lowry, State Bar No. 278831
Wilson Lau, State Bar Number 307151
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:     elowry@bfesf.com
           wlau@bfesf.com

Attorneys for Defendant
FAIRFIELD−SUISUN UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.O., by and through his parent and guardian ad litem, T.O. and M.O. individually,<br><br>     Plaintiff,<br><br>v.<br><br>FAIRFIELD−SUISUN UNIFIED SCHOOL DISTRICT, ERICA RESENDEZ, COLLEEN HUTCHINSON, DOROTHY ROTHENBAUM, ANGIE AVLONITIS, KRIS COREY, and DOES 1-10; all in their individual and official capacities,<br><br>     Defendants. | Case No. 2:22-cv-01416-DJC-AC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE A MOTION FOR APPROVAL OF A MINOR'S COMPROMISE**<br><br><br><br><br><br><br><br>**Hon. Daniel J. Calabretta** |

STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE A MOTION FOR APPROVAL OF A MINOR'S COMPROMISE
*Case No.: 2:22-cv-01416-DJC-AC*

Pursuant to Local Rule 144(a), Plaintiff A.O. by and through his parent and general guardian, T.O. and M.O., and Defendant FAIRFIELD−SUISUN UNIFIED SCHOOL DISTRICT, ("DEFENDANT"), by and through their attorneys of record, do hereby stipulate to extend the deadline set by the Court to file a motion for approval of minor's compromise in the above captioned matter.

On November 24, 2025, the Court issued a Minute Order ordering the parties to either file a motion for approval of a minor's compromise or a request for extension of time to do so in the above captioned matter.

The Parties worked diligently to draft a mutually agreeable settlement agreement and motion for approval of minor's compromise to comply with the Court's Minute Order but were unable to complete prior to the deadline set by the Court. The Parties have reached an agreement on the terms of settlement and the settlement agreement is currently being signed by Plaintiff's general guardians. Plaintiff's counsel is currently drafting a motion for approval of minor's compromise.

As a result, the Parties are unable to file a motion for approval of minor's compromise by February 22, 2026, as ordered.

The Parties stipulate that continuing the deadline set by the Court to file a motion for approval of minor's compromise will not prejudice the Parties.

The Parties agree to extend the deadline to file a motion for approval of minor's compromise 21 days following the deadline set by the Court. The new deadline to file a motion for approval of minor's compromise in the above captioned matter will be **March 15, 2026,** if approved by the Court.

The Parties hereby stipulate and join in respectfully requesting that this Court approve the above proposed deadline to file a motion for approval of minor's compromise in the above captioned matter.

///

///

///

1

STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE
*Case No.: 2:22-cv-01416-DJC-AC*

**IT IS SO STIPULATED.**

Dated:  February 23, 2026                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


By:      _/s/ Wilson Lau_____
       Ethan M. Lowry
       Wilson Lau
       Attorneys for Defendant
       FAIRFIELD-SUISUN UNIFIED SCHOOL DISTRICT


Dated:  February 23, 2026                    SPECIAL EDUCATION COLLABORATION PROJECT


By:      _/s/ Evan Goldsen_____
       Carly Christopher
       Evan B. Goldsen
       Attorneys for Plaintiff A.O.

## ATTORNEY ATTESTATION

I, Evan Goldsen, am the ECF user whose identification and password are being used to file the foregoing documents.  Pursuant to Civil Local Rule 131(e), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: February 23, 2026                    By:      _/s/ Evan Goldsen_____
       Evan Goldsen

2

STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE
*Case No.: 2:22-cv-01416-DJC-AC*

**ORDER**

The Parties' deadline to file a motion for approval of minor's compromise, currently set for February 22, 2026, is extended to March 15, 2026.

IT IS SO ORDERED.

Dated:  February 26, 2026                    /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

3

STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE
*Case No.: 2:22-cv-01416-DJC-AC*