EVAN GOLDSEN, Bar No. 257775
CARLY CHRISTOPHER, Bar No. 278795
Special Education Collaboration Project
3186 Vista Way, Ste.301
Oceanside, CA 92056
Telephone: 408.493.2140
Fax: 415.276.1845

Email: cc@specialedcollaboration.net
eg@specialedcollaboration.net

Attorneys for Plaintiff, A.O. a minor, by and through
His General Guardians, T.O. and M.O.

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.O., by and through his parent and guardian ad litem, T.O. and M.O. individually,<br><br>    Plaintiff,<br><br>    v.<br><br>FAIRFIELD−SUISUN UNIFIED SCHOOL DISTRICT, ERICA RESENDEZ, COLLEEN HUTCHINSON, DOROTHY ROTHENBAUM, ANGIE AVLONITIS, KRIS COREY, and DOES 1-10; all in their individual and official capacities,<br><br>    Defendants. | Case No.:  2:22-cv-01416-DJC-AC<br><br>**SEALING ORDER** |

1

SEALING ORDER

## ORDER

Pursuant to Local Rule 141 (b) and based upon the representation contained in the Plaintiff's Request to Seal, IT IS HEREBY ORDERED that:

1.  Plaintiff's Request to File Under Seal is GRANTED.

2.  EXHIBIT A, "Psychoeducational Assessment Report dated September 11, 2021" in support of Plaintiff's Supplemental Submission in Support of Petition for Approval of Compromise of Claim of Minor Pursuant to L.R. 202, filed as ECF Nos. 66, is accepted under seal.

3.  Access to the sealed documents shall be limited to the counsel for the defendant and plaintiff in this case.

4.  EXHIBIT A shall remain under seal until further order of this Court.

IT IS ORDERED.

Dated:  April 21, 2026                    /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE